IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, a California Corporation,<br><br>                          Plaintiff,<br>v.<br><br>THE PUBLIC UTILITIES COMMISSION OF THE STATE OF CALIFORNIA, et al.<br><br>                          Defendants.<br><br>COVAD COMMUNICATIONS COMPANY, *et al.*<br><br>                          Intervenors. | NO. CV 03-01850 SI.<br><br>PROPOSED ORDER GRANTING MOTION TO WITHDRAW INTERVENTION |

      Covad's unopposed motion to withdraw as Intervenor, filed on June 8, 2005, is **GRANTED**.

      **IT IS SO ORDERED.**

Dated: _____

                                                                                                          Judge

IT IS SO ORDERED

Judge Susan Illston